IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. |
|---|---|
| v. | 1:17-CR-77-02-WSD |
| AMBER BRINSON | |

**SENTENCING MEMORANDUM**

COMES NOW the Defendant, AMBER BRINSON, by and through undersigned counsel, and hereby submits this Sentencing Memorandum in support of a sentence of 96 months' imprisonment.

**Introduction**

In one week, this Court will sentence Ms. Brinson for her role in conspiring to commit sex trafficking of a minor. Ms. Brinson has acknowledged that what she did was wrong and she knows that the Court will punish her for what she did to A.P., the victim in the case. However, she hopes that the Court will consider her own heartbreaking history and her desire to be a mother to her young son, and find that a sentence of no more than 96 months' imprisonment is a reasonable one.

**Ninety-Six Months' Imprisonment is a Reasonable Sentence**

The Court is aware of all of the factors that it must consider in determining a sentence that is not greater than necessary to achieve the goals of 18 U.S.C. §

3553(a).  *See* 18 U.S.C. § 3553(a).  In the sections that follow, Ms. Brinson will address two of those factors: the nature and circumstances of the offense and the history and characteristics of the defendant; and the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct.

   A. *Ms. Brinson's History and the Circumstances of the Offense Don't Warrant a Sentence Above 96 Months' Imprisonment*

Ms. Brinson is just 21 years old, but she has endured many awful things in her short life. ███████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

2

████████████████████████████████ Nevertheless, she did graduate from high school and tried to seek employment. (PSR at ¶¶ 82, 85-86).

When Ms. Brinson was 18 years old, she began a relationship with the father of her now three-year old son; ████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████ Since that time, Ms. Brinson, with the support of her parents, has raised her son as a single parent.

After Ms. Brinson's son was born, she tried to work and attend cosmetology school but had to stop due to childcare and transportation issues. (PSR at ¶ 83). She also had frequent conflicts with her parents and wanted to move out. ████

████████████████████████████████████████ In May 2016, shortly after turning 20 years old, Ms. Brinson got into an argument with her parents and decided to leave home. She and two of her friends ended up at a hotel on Fulton Industrial Boulevard, an area that Ms. Brinson was not familiar with since she lived in Woodstock. Ms.

3

Brinson and her friends met Brantley shortly after their arrival and Ms. Brinson felt an attraction to Brantley. (*Id*. at 16). Ms. Brinson fell for Brantley quickly and ended up moving into his room to save money. (*Id*.). ███████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

█████████ Ms. Brinson gave all of her money to Brantley. (*Id*. at 18). ███████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████

On June 1, 2016, just a couple of weeks after meeting Brantley, Brantley brought A.P. to the hotel room Ms. Brinson shared with him. (PSR at ¶ 10). On that same day, Ms. Brinson took photographs of A.P. and Brantley posted A.P. on Backpage. (*Id*. at ¶¶ 11-12). For the next several days, A.P. took dates. (*Id*. at ¶ 13). ████████████████████████████████████████████

████████████████████████████████████████████████████

█████████ Ms. Brinson did not know that A.P. was 13 years old, but realized that she was under 18. Moreover, although Ms. Brinson did not force A.P. to

4

engage in commercial sex acts, she should not have taken photographs of A.P., transported A.P. on dates, or accompanied A.P. on dates. However, when Ms. Brinson's friend, S.C. learned that A.P.'s parents were looking for her, they did the right thing by calling the police and informing them of A.P.'s location.

After A.P. was returned to her parents, ███████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████ Mr. Brinson ended her relationship with Brantley. Ms. Brinson was arrested in March 2017 and has been in custody since then. (Docs. 13, 26). She has not only admitted her guilt to the Court but also participated in a proffer session with the Government wherein she detailed her role in the charged conspiracy. (Doc. 69 at 17-18).

███████████████████████████████████████████████ ████████████████████████████████ Nevertheless, Ms. Brinson is going to be sentenced for her role in the conspiracy to traffic A.P. and no matter what she has been through, her actions with respect to A.P. were wrong. Pursuant to the plea agreement, Ms. Brinson cannot ask for a sentence below 96 months'

imprisonment and the Government will ask for a sentence of 120 months' imprisonment, so Ms. Brinson knows that even if the Court grants her sentencing request, she will spend the next several years in prison. However, Ms. Brinson hopes that the Court will consider that although her actions with respect to A.P. were wrong, Ms. Brinson did not recruit A.P., did not control A.P.'s earnings, and assisted with A.P. returning to her parents.

Additionally, Ms. Brinson hopes that the Court considers the fact that she is young, that this is her first criminal offense, and that she deserves a second chance to get things right. Ms. Brinson realizes that she put Brantley's needs and desires above the needs of her son, and that had she put her son first, she would have never ended up being involved in a conspiracy. Since Ms. Brinson returned home, her greatest concern has been for her son's well-being. She is extremely grateful that her parents are taking care of him and has realized that many of her disagreements with them are small in comparison to the love and support they have given her and her son, but is heartbroken she will miss years of his life. Given Ms. Brinson's history, her role in the offense, and her desire to get her life on track, a sentence of 96 months' imprisonment is enough to punish Ms. Brinson for her actions but also give her a second chance at life.

*B. The Need to Avoid Unwarranted Sentencing Disparities*

Ms. Brinson's advisory custody guideline range of 360 months to Life is significantly higher than the Government's and Ms. Brinson's recommended sentence. However, the parties' recommended sentences are comparable to sentences received by other women involved in conspiracies to traffic minors. For example, Marvis Harris received a 48-month sentence for her role in a conspiracy to recruit and transport a minor to engage in a commercial sex act. *United States v. Marvis Harris*, 1:09-CR-181-CAP-2 (N.D. Ga. Aug. 6, 2010, Judgment, Doc. 116). Jessica Posey received 87 months' imprisonment for a plea to transporting a minor for prostitution. *United States v. Jessica Posey*, 1:13-CR-38-RWS-1 (N.D. Ga. April 30, 2013, Judgment, Doc. 8). Koren Gibbs received an eighteen-month sentence for a plea to conspiracy to intimidate, threaten, or corruptly persuade a witness, but was originally charged in a conspiracy to commit sex trafficking involving six adult women and one minor. *See United States v. Koren Gibbs*, 1:15-CR-139-RWS (N.D. Ga. June 25, 2015, Doc. 6); *United States v. Travis Sentall Robinson et al*, 1:14-CR-176-RWS-3 (N.D. Ga. Sept. 24, 2014, Superseding Indictment, Doc. 59). Marie St. Vil received 72 months' imprisonment for aiding and abetting sex trafficking of a minor. *See United States v. Marie St. Vil*, 1:14-CR-24-AT-3 (N.D. Ga. May 4, 2016, Judgment, Doc. 169). Her co-defendant, Brianne Marcelin, received 60 months'

imprisonment for conspiring to engage in sex trafficking of minors. *United States v. Brianne Marcelin*, 1:14-CR-24-AT-4 (N.D. Ga. June 14, 2016, Judgment, Doc. 173).

**Designation Recommendation Request**

Finally, Ms. Brinson asks that the Court make a recommendation that she serve her sentence at FCI Tallahassee. Ms. Brinson is originally from Tallahassee and still has family there. (PSR at ¶¶ 59, 61). She is hopeful that her family members will visit, and perhaps during the summer, bring her son to visit her as well. Additionally, FCI Tallahassee has a couple of programs that would be beneficial to Ms. Brinson, including the Federal Prison Industries Program (job training) and the Resolve Program (cognitive-behavioral program to address trauma-related mental health needs). FCI Tallahassee, like other facilities, also offers a parenting program and drug abuse counseling.

**Conclusion**

Ms. Brinson is truly sorry for her actions. She hopes that the Court will give her the opportunity to reunite with her son and get her life together. Ms. Brinson requests that the Court sentence her to no more than 96 months' imprisonment.

Dated: This 10th day of April, 2018.

Respectfully Submitted,
*/s/ Victoria M. Calvert*
VICTORIA M. CALVERT
GEORGIA BAR NO. 636029
ATTORNEY FOR MS. BRINSON

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Sentencing Memorandum has been formatted in Book Antiqua 13 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

>Jolee Porter
>Assistant United States Attorney
>Suite 600, Richard B. Russell Building
>75 Ted Turner Drive, S.W.
>Atlanta, Georgia 30303

Dated: This 10th day of April, 2018.

>*/s/ Victoria M. Calvert*
>VICTORIA M. CALVERT
>GEORGIA BAR NO. 636029
>ATTORNEY FOR MS. BRINSON

Federal Defender Program, Inc.
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax: (404) 688-0768
Victoria_Calvert@fd.org