ND/GA PROB 12B
(Rev. 1/21)

# UNITED STATES DISTRICT COURTS

for

# NORTHERN DISTRICT OF GEORGIA

*FILED IN CLERK'S OFFICE U.S.D.C. - Atlanta*
*SEP 10 2024*
*KEVIN P. WEIMER, Clerk*
*By: Deputy Clerk*

## Violation Report and Petition to Modify Conditions of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing Attached)*

| | | | |
|---|---|---|---|
| Name of Offender: | Amber Brinson | Docket No: | 1:17-CR-00077-LMM-2 |
| Judicial Officer: | Honorable Leigh Martin May<br>U.S. District Court Judge | | |
| Date of Original Sentence: | 04/17/2018 | | |
| Original Offense: | Conspiracy to Commit Sex Trafficking of a Minor | | |
| Original Sentence: | Ms. Brinson was sentenced to one hundred fifteen (115) months in Bureau of Prisons custody, followed by a seven (7) year term of supervised release with the following special conditions: search condition; participate in a drug/alcohol treatment program; participate in a sex offender treatment program; sex offender registration; financial disclosure; financial restrictions; and restitution in the amount of $1,440.00, to be paid at a monthly rate of $150.00 plus 25% of gross monthly income in excess of $2,500.00. | | |
| Type of Supervision: Supervised Release | | Date Supervision Commences: 09/19/2024 | |

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Ms. Brinson is currently in the custody of the Bureau of Prisons, housed at Tallahassee FCI. She is homeless and has no approved release plan, with a release date of September 19, 2024. Ms. Brinson agreed to placement at Dismas Charities for 180 days should she be homeless at the time of her release on September 19, 2024.

### PREVIOUS VIOLATION(S) REPORTED TO THE COURT:

None

## PETITIONING THE COURT TO:

To modify the conditions of supervision as follows:

*You must reside in a residential reentry center for a term of 180 days. You must follow the rules and regulations of the center.*

Respectfully submitted,

| _S. Michelle Robinson_ | 09/09/2024 | _F. White_ | 9/10/2024 |
|---|---|---|---|
| S. Michelle Robinson<br>Senior United States Probation Officer | Date | Felicia White<br>Supervisory U.S. Probation Officer | Date |

THE COURT ORDERS:

☒ The modifications of conditions as noted above.

☐ No Action

☐ Other

_____
Honorable Leigh Martin May
U.S. District Court Judge

September 10, 2024
Date