IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 13 2025

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

AMBER BRINSON

Criminal Action No.

1:17-CR-077-LMM

## Government's Motion for Detention

The United States of America, by Richard S. Moultrie, Jr., Acting United States Attorney, and Amy M. Palumbo, Assistant United States Attorney for the Northern District of Georgia, moves the Court, pursuant to 18 U.S.C. § 3143(a) and Fed. R. Crim. P. 32.1(a)(6), to detain the defendant in the custody of the U.S. Marshal pending a final revocation hearing on violations related to the defendant's supervised release. The Court should detain the defendant unless the defendant establishes by clear and convincing evidence that she is not likely to flee or pose a danger to the safety of any other person or to the community.

Dated: March 13, 2025.

Respectfully submitted,

RICHARD S. MOULTRIE, JR.
*Acting United States Attorney*

_____
Amy M. Palumbo
Assistant United States Attorney
615124

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000

## Certificate of Service

The United States Attorney's Office served this document today by handing a copy to defense counsel:

Suzanne Hashimi

March 13, 2025

/s/ AMY M. PALUMBO
AMY M. PALUMBO
*Assistant United States Attorney*